# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAMON VASQUEZ,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 20-CV-2522** |
| : | |
| **CITY OF READING,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 27th day of January, 2021, upon consideration of Plaintiff Ramon Vasquez's Amended Complaint (ECF No. 16), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons stated in the Court's Memorandum as follows:

    a. Vasquez's denial of access to the courts claim is **DISMISSED WITH PREJUDICE**; and

    b. Vasquez's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2. The Clerk of Court shall **CLOSE** this case.

                      **BY THE COURT:**

                      **/s/ Jeffrey L. Schmehl**
                      **JEFFREY L. SCHMEHL, J.**